April 12, 2024

MICHAEL A CIBIK
1500 WALNUT ST
SUITE 900
PHILADELPHIA, PA  19102

Account Number:            12044474830554998

Customer Name :             DARLENE L LOOKINGBILL
Case Number :               24-00754

Dear MICHAEL A CIBIK:

As a result of the bankruptcy filing of your above named clients, M&T has temporarily blocked your clients' access to M&T Online Banking. This action was necessary in order to prevent any misunderstandings related to account statements that may be viewable through this mechanism.

If your clients wish to continue using M&T Online Banking, please have your clients execute the release below and return it to the following address:

M&T Bank
Attn: Web Operations
P.O. Box 4627
Buffalo, NY 14240-9915

Or, fax to M&T Bank: 1-855-652-0275

If you have any questions, please contact the Bankruptcy Department at 1-800-837-7694. The office hours associated with our phone number are Monday through Thursday 8:00am – 7:00pm, and Friday 8:00am – 5:00pm; EST.

Sincerely,

Bankruptcy Specialist
Customer Asset Management

I DARLENE L LOOKINGBILL , on this _____ day of _____, 20____ acknowledge that our continued use of M&T Online Banking will expose us to account statements or other related account information. We understand and agree that, notwithstanding M&T's posting of such materials or any language contained on such materials, such materials and language are not provided for the purpose of requesting payment or collecting a debt. We understand and agree that any document or information we access through M&T Online Banking is provided solely for informational purposes only. In exchange for receiving access to Online Banking, we agree to forever waive any claim, demand, or damages, under the bankruptcy code or otherwise, related to the provision of and my access to this information.

_____

_____
Signatures