American Honda Finance
Attn: Bankruptcy
PO Box 168088
Irving, TX 75016

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Attn: Bankruptcy P.O. 15298
Wilmington, DE 19850

Chester County Tax Claim Bureau
313 W Market St # 3602
West Chester, PA 19382-2804

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bankruptcy
PO Box 790040
St Louis, MO 36179-0040

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Great Valley School District Tax Office
100 Lindenwood Dr
Malvern, PA 19355-1738

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes-Barr, PA 18773-9500

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PSECU
Attention: Bankruptcy
PO Box 67013
Harrisburg, PA 17106

Syncb/Sony Financial
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Target NB  
C/O Financial & Retail Services  
Mailstop BT PO Box 9475  
Minneapolis, MN 55440

U.S. Attorney, Eastern District of Pa.  
615 Chestnut St Ste 1250  
Philadelphia, PA 19106-4404

U.S. Department of Justice  
950 Pennsylvania Ave NW  
Washington, DC 20530-0009

Wells Fargo Home Mortgage  
Written Correspondence Resolutions  
PO Box 10335  
Des Moines, IA 50306