*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Francis N. Cantwell III ) | Case No. 24–11253–amc |
| ) | |
| ) | |
|    Marie D. Cantwell ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 05/15/2024, this case is hereby DISMISSED.

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

**Date: June 3, 2024**

Missing Documents:
Means Test Calculation 122C2
Plan
Schedules A
Schedules B
Schedules C
Schedules D
Schedules E
Schedules F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Current Monthly Income (122C1)
Statement of Financial Affairs
Summary of Assets and Liabilities