United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                             Case No. 24-11253-amc
Francis N. Cantwell, III                                             Chapter 13
Marie D. Cantwell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                User: admin                                Page 1 of 3
Date Rcvd: Jun 03, 2024                         Form ID: pdf900                           Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francis N. Cantwell, III, Marie D. Cantwell, 158 Lewisville Court, Phoenixville, PA 19460-2864 |
| cr | + | PSECU, Weltman, Weinberg & Reis, Co., L.P.A., 965 Keynote Circle, Cleveland 44131-1829 |
| 14891405 | | Chester County Tax Claim, Bureau, 313 W Market St #3602, West Chester, PA 19382-2804 |
| 14891406 | | Great Valley School District, Tax Office, 100 Lindenwood Dr, Malvern, PA 19355-1738 |
| 14891408 | | Pennsylvania Attorney, General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14891411 | | Pennsylvania Office of, General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14891410 | | U.S. Attorney, Eastern District, of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 04 2024 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 04 2024 00:47:00 | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14876055 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 04 2024 00:47:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14876056 | | Email/PDF: bncnotices@becket-lee.com | Jun 04 2024 01:51:50 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14876057 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2024 00:59:26 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14883609 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 04 2024 01:17:41 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14876059 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2024 01:16:56 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14876060 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2024 01:18:15 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14891407 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2024 00:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14876058 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 04 2024 00:59:24 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14876183 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 04 2024 00:47:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14876061 | | Email/PDF: pa_dc_claims@navient.com | Jun 04 2024 01:17:54 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14876062 | + | Email/Text: bankruptcynotices@psecu.com | Jun 04 2024 00:47:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14891412 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2024 00:47:00 | Pennsylvania Department of, Revenue, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14874327 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 04 2024 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14892526 | + | Email/Text: BKRMailOps@weltman.com | Jun 04 2024 00:47:00 | Pennsylvania State Employees Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14876063 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2024 01:18:01 | Syncb/Sony Financial, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14876064 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2024 01:16:28 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14876065 | + | Email/Text: bncmail@w-legal.com | Jun 04 2024 00:47:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14891409 | ^ | MEBN | Jun 04 2024 00:36:01 | U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530-0009 |
| 14876066 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 04 2024 00:59:30 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2024       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: pdf900 | Total Noticed: 28 |

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Joint Debtor Marie D. Cantwell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
on behalf of Debtor Francis N. Cantwell III help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MILOS GVOZDENOVIC
on behalf of Creditor PSECU mgvozdenovic@weltman.com pitecf@weltman.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Francis N. Cantwell III )    Case No. 24−11253−amc
)
)
   Marie D. Cantwell )    Chapter: 13
)
   Debtor(s). )

## ORDER

   AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 05/15/2024, this case is hereby DISMISSED.

**Date: June 3, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C2
Plan
Schedules A
Schedules B
Schedules C
Schedules D
Schedules E
Schedules F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Current Monthly Income (122C1)
Statement of Financial Affairs
Summary of Assets and Liabilities