WWR# 041452587

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 24-11253 |
| Francis N Cantwell III | |
| Marie D Cantwell | CHAPTER 13 |
| Debtors | |
| | |
| PSECU | |
| Movant | |
| | Related to Document #22 |

**PRAECIPE TO WITHDRAW**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

CHECK ONE:

☒    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated: 12/03/2024

/s/ Milos Gvozdenovic
Milos Gvozdenovic (0077969)
Attorney for Movant
PSECU
5990 West Creek Rd, Ste 200
Independence OH 44131
216-739-5647
mgvozdenovic@weltman.com